OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1M
0004279596
MAILED FROM ZIP CODE 78701

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.26⁵
JAN08 2015

1/7/2015
YOUNG, JASON WAYNE    Tr. Ct. No. 007-1801-09-A    WR-82,568-01
This is to advise that the Court has dismissed without written order the application
for writ of habeas corpus.

Bench Warrant D.D.
246

Abel Acosta, Clerk

JASON WAYNE YOUNG
- TDC # 1625199
86

Return To Sender
Inmate No Longer Here

Released 3/14/14

1EBN3B 77535